# United States Court of Appeals

### For the Eighth Circuit

———————————————————

No. 21-2859

———————————————————

Kristina Huffman

*Plaintiff - Appellant*

v.

Associated Management Ltd; James T. Kincannon

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Central

——————————

Submitted: April 7, 2022
Filed: April 14, 2022
[Unpublished]

——————————

Before KELLY, STRAS, and KOBES, Circuit Judges.

——————————

PER CURIAM.

In this action under the Fair Labor Standards Act, Kristina Huffman appeals the district court's[1] orders denying her recusal motion and granting a reduced award

---

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

of attorney's fees. We conclude that the district court did not abuse its discretion in denying Huffman's recusal motion. See Oden v. Shane Smith Enters., 27 F.4th 631, 633 (8th Cir. 2022) (reviewing denial of motion to recuse for abuse of discretion). We also conclude that the district court properly determined the attorney's fee award in accordance with the lodestar approach. See Burton v. Nilkanth Pizza Inc., 20 F.4th 428, 431 (8th Cir. 2021) (reviewing award of attorney's fees for abuse of discretion; to determine reasonable attorney's fees, court must calculate lodestar by multiplying number of hours worked by prevailing hourly rate). Accordingly, we affirm. See 8th Cir. R. 47B.

_____